IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HOME BUYERS WARRANTY CORPORATION,
      Petitioner,

-vs-                                            Case No. A-06-CA-256-SS

CAROLYN BARNES,
      Respondent.

## JUDGMENT

BE IT REMEMBERED on the 28th day of August 2006, the Court entered its order compelling arbitration in the above-styled cause, and thereafter enters the following judgment:

    IT IS ORDERED, ADJUDGED, and DECREED that Respondent Carolyn Barnes shall submit her claims against Petitioner Homebuyers Warranty Corporation for resolution in the arbitral forum agreed to by the parties;

    IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Respondent Carolyn Barnes is ENJOINED from taking any action in furtherance of the claims she has asserted against Petitioner Homebuyers Warranty Corporation in the 277th Judicial District Court of Williamson County, Texas;

    IT IS FINALLY ORDERED, ADJUDGED, and DECREED that all costs of suit are taxed against Respondent Barnes, for which let execution issue.

SIGNED this the 28th day of August 2006.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE